851 A.2d 837

**Lynn WILLIAMS, Appellant,**

**v.**

**PENNSYLVANIA BOARD OF PROBATION
& PAROLE, et. al., Appellee.**

Supreme Court of Pennsylvania.

June 4, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 4th day of June, 2004, probable jurisdiction is noted and the order appealed is affirmed.